JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FIORITO,<br><br>Petitioner,<br><br>v.<br><br>C. ENTZEL, Warden,<br><br>Respondent. | Case No. 5:17-cv-01894-JFW-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting the Final Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition and this action are dismissed without prejudice.


DATED: December 12, 2017


_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE